■ JACOB AND VALERIA LANGELOTH FOUNDATION, Plaintiff, v DICKERSON POND ASSOCIATES, Respondent, et al., Defendants. SACKMAN MORTGAGE CORPORATION, Nonparty Appellant.—Renewed motion by the respondent at oral argument to enlarge the record on appeal from an order of the Supreme Court, Westchester County (Gurahian, J.), entered October 28, 1987, so as to include documents relating to the appellant's assignment of all of its rights and title to a judgment of foreclosure.

Ordered that the motion is granted. The appeal is dismissed herewith (Langeloth Found. v Dickerson Pond Assoc., 149 AD2d 408). Mangano, J. P., Kooper, Sullivan and Harwood, JJ., concur.